UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELIAS G. MONTALVO,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br><br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:20-cv-00131-MMD-WGC<br><br>ORDER |

　　　The Respondents in this habeas corpus action were due to file a response to the habeas petition by June 18, 2020. (ECF No. 6.) On June 12, 2020, Respondents filed a motion for extension of time (ECF No. 12), requesting a 60-day extension of time to August 17, 2020, to file their response. Respondents' counsel states that the extension of time is necessary because of the time it has taken to obtain the state-court record. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

　　　It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 12) is granted. Respondents will have until and including August 17, 2020, to file their response to the petition for writ of habeas corpus.

///

///

///

///

///

///

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered March 20, 2020 (ECF No. 6) will remain in effect. Under that order, Petitioner will have 60 days to file a reply to an answer, or 60 days to file a response to a motion to dismiss.

DATED THIS 15th day of June 2020.

_____
MIRANDA M. DU,
CHIEF UNITED STATES DISTRICT JUDGE