UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELIAS G. MONTALVO,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:20-cv-00131-MMD-WGC<br><br>ORDER |

This case is a *pro se* petition for a writ of habeas corpus, brought under 28 U.S.C. § 2254 by Elias G. Montalvo, an individual incarcerated at the Northern Nevada Correctional Center. The Respondents filed a motion to dismiss (ECF No. 17) on August 17, 2020. On that date, Respondents also filed a motion requesting a two-week extension of time to file exhibits in support of their motion to dismiss (ECF No. 18). Respondents state that the extension of time is necessary because of delays caused by the COVID-19 pandemic. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant Respondents' motion for extension of time. Concomitantly, the Court will extend the time for Petitioner's response to the motion to dismiss.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 18) is granted. Respondents will have until and including August 31, 2020, to file exhibits in support of their motion to dismiss.

It is further ordered that Petitioner will have until and including November 6, 2020, to file his response to the motion to dismiss.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered March 20, 2020 (ECF No. 6) will remain in effect.

DATED THIS 18th day of August 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE