UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELIAS G. MONTALVO,<br><br>                  Petitioner,<br><br>    v.<br><br>ISIDRO BACA, *et al.*,<br><br>                  Respondents. | Case No. 3:20-cv-00131-MMD-WGC<br><br>ORDER |

      In this habeas corpus action, *pro se* Petitioner Elias G. Montalvo has filed a motion (ECF No. 57) requesting leave of court to amend his reply (ECF No. 55) in support of his motion for reconsideration (ECF No. 51), which motion for reconsideration has been denied (ECF No. 56). The Court will grant Montalvo's most recent motion (ECF No. 57) and accept and consider the amendment of the reply in support of the motion for reconsideration. However, the amendment of the reply does not change the Court's view of the motion for reconsideration.

      It is therefore ordered that Petitioner's Motion to Alter/Amend ECF No. 55 (ECF No. 57) is granted. The order granting Respondents' motion to dismiss (ECF No. 48), and the judgment (ECF No. 49) remain unchanged.

      DATED THIS 1st Day of February 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE